UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.:24-cr-10270-RGS |
| | ) | |
| SAM BHAMBHANI, | ) | |
| Defendant | ) | |

**MOTION TO CONTINUE THE TRIAL**
**(unopposed)**

NOW COMES counsel for the Defendant, Sam Bhambhani, and moves to continue the trial, currently scheduled to begin on Monday, June 1, 2026.  Mr. Bhambhani requests the trial be continued to the earliest practicable date convenient to the Court and on which the parties are available.  Counsel expects this date to be in the early Fall.

As grounds, Mr. Bhambhani cites the unavailability of counsel to represent him at the trial.  The parties had been involved in plea negotiations, which concluded unsuccessfully on Monday, April 5, 2026.   Now that it appears that trial is virtually certain, Mr. Bhambhani seeks to have a second attorney, C. Henry Fasoldt, represent him at the trial, in addition to the undersigned.  Mr. Fasoldt is scheduled to be on trial in a murder case in Worcester County Superior Court during the first two weeks in June.

In addition, undersigned counsel is scheduled to be on trial before Judge O'Toole beginning on May 18, 2026, in the matter of *United States v. Volungus*, a sexually dangerous persons trial at which as many as four experts are expected to testify.

In the instant matter, Mr. Bhambhani is charged, along with a Russian national, with one count of § 371 conspiracy with objects to evade export regulations, to smuggle in violation of 18

U.S.C. § 554, and to defraud the United States, between 2014 and 2021.  He is also charged with one count of 18 U.S.C § 554, for an export transaction that took place in 2021.  Mr. Bhambhani worked as a salesperson for a manufacturing firm that made laser welders.  The Russian national, Max Teslenko, worked for an equipment reseller that counted Russian governmental entities among its clients and purchased a number of these machines (approximately 33).   The government alleges the men conspired to keep the true end user of the machines, the Ural Electromechanical Corporation, out of required export filings.

The case is one of some complexity and one that warrants having two experienced lawyers conduct the defense.

The defense anticipates requiring the presence of out-of-state witnesses and calling an expert.

In addition, the defense expects to issue a Rule 17(c) subpoena seeking documents held by the manufacturer.  While the manufacturers supplied documents in response to a grand jury subpoena in 2021, the defense requires additional documents which were outside the scope of that subpoena.[1]   Additional time is required to allow for the subpoena to be served, to provide time for the manufacturer to respond, to receive, process and review records received and to allow for expert review of the documents.

The continuance will not prejudice the government.

Counsel has consulted with counsel for the government regarding this request.   The government does not oppose this motion.

---

[1]  Counsel requested the manufacturer voluntarily produce various documents in 2025. Counsel for the manufacturer did not respond to this request.

WHEREFORE, Mr. Bhambhani requests the Court continue the trial, currently scheduled to begin on Monday, June 1, 2026, to a date convenient to the Court and agreed upon by the parties to be selected in consultation with the Court's deputy.

Respectfully submitted,

SAM BHAMBHANI,
By his attorney,

/s/Ian Gold

Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

April 9, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Apr. 9, 2026.

/s/ Ian Gold